IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CASEY MYERS                                                                                    PLAINTIFF

v.                              No. 4:15-cv-259-DPM

GEICO GENERAL INSURANCE
COMPANY                                                                                        DEFENDANT

## ORDER

Casey Myers and GEICO have a dispute about her underinsured coverage. Myers submitted bills to her insurance company but GEICO hasn't paid them. Myers believes and claims this amounts to bad faith. It does not. The governing Arkansas law is strict. Because Myers hasn't offered evidence that GEICO acted dishonestly, maliciously, or oppressively, her claim fails as a matter of law. *Aetna Casualty & Surety Co. v. Broadway Arms Corp.*, 281 Ark. 128, 133, 664 S.W.2d 463, 465 (1984). GEICO's motion for partial summary judgment, № 16, is granted.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 October 2016