IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CASEY MYERS                                                    PLAINTIFF

v.                          No. 4:15-cv-259-DPM

GEICO GENERAL INSURANCE
COMPANY                                                        DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 December 2016